# $\mathfrak{Staunton}$

## FRED H. ELLIOTT V. CITY OF ROANOKE.

September 5, 1940.

Record No. 2285.

Present, Campbell, C. J., and Holt, Hudgins, Browning,
Eggleston and Spratley, JJ.

*Earl A. Fitzpatrick* and *T. W. Messick,* for the plaintiff
in error.

*R. S. Smith* and *R. T. Edwards,* for the defendant in error.